FILED

03/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0465

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0465

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

MICHAEL LEE MARFUTA, JR.,

      Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellant's motion for extension of time to file the reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until April 18, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2024